JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A., ) <br> AMERICA'S SERVICING ) <br> COMPANY AND DOES 1-100, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 11-01006 VAP (JCGx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 20, 2011

                                   VIRGINIA A. PHILLIPS
                                   United States District Judge